# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| RANDEE GRASSINI,<br><br>　　　　Petitioner,<br><br>vs.<br><br>MELVIN HUNTER,<br>Executive Director,<br>Atascadero State Hospital,<br><br>　　　　Respondent. | Case No. CV 04-8685 DOC (JWJ)<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

　　　Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the instant Petition for Writ of Habeas Corpus and other papers along with the attached Report and Recommendation of the United States Magistrate Judge, and has made a <u>de novo</u> determination of the Report and Recommendation. Further, the Court has engaged in a de novo review of those portions of the Report to which Petitioner has objected. The Court concurs with and adopts the conclusions of the Magistrate Judge.

　　　IT IS ORDERED that a Judgment be entered dismissing the instant Petition for Writ of Habeas Corpus.

1 | for Writ of Habeas Corpus.
2 |     IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy of
3 | this Order and the Judgment of this date on Petitioner.
4 | DATED: *October 9, 2008*

*David O. Carter*
DAVID O. CARTER
United States District Judge

2