# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

RANDEE GRASSINI,

    Petitioner,

vs.

MELVIN HUNTER,
Executive Director,
Atascadero State Hospital,

    Respondent.

Case No. CV 04-8685 DOC (JWJ)

**JUDGMENT**

Pursuant to the Order of the Court approving the recommendations of the United States Magistrate Judge, and adopting the same as the facts and conclusions of law herein,

IT IS ADJUDGED that Judgment be entered dismissing the instant Petition for Writ of Habeas Corpus.

DATED: October 9, 2008

_____
DAVID O. CARTER
United States District Judge